**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000358
28-NOV-2012
12:14 PM**

NO. CAAP-12-0000358

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRUCE SMITH, Claimant-Appellee/Appellant,
v.
FHR ML OPERATING COMPANY LLC
dba: FAIRMOND ORCHID RESORT, Employer-Appellant/Appellee,
and
ZURICH AMERICAN INSURANCE CO., Insurance Carrier-Appellant,
and
ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Third-Party Administrator-Appellant/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2010-185)
(9-09-01188)

ORDER APPROVING THE NOVEMBER 15, 2012
STIPULATION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the stipulation for dismissal of appeal (Stipulation) filed on November 15, 2012 by Employer-Appellant/Appellee FHR ML Operating Company LLC, Carrier-Appellant Zurich American Insurance Co., and Third-Party Administrator-Appellant/Appellee Acclamation Insurance Management Services, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved. The appeal is dismissed, and the parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, November 28, 2012.

Presiding Judge

Associate Judge

Associate Judge